|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| CHARLES DANIELS, CDCR #AA-4443, | Case No.:  22-cv-1263-JO-KSC |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR LIMITED DISCOVERY** |
| A. MORENO, et al., | **DOC. NO. 23** |
| Defendants. | |

Plaintiff has filed a Motion for Limited Discovery in which he requests "the Court to approve an address / P.O. Box or . . . [other legitimate] address" in order for him to serve his Summons and Complaint on defendant Dr. Erguel. Doc. No. 23. "[T]he Court [is] not permitted to conduct investigatory efforts on behalf of plaintiff." *Ponce v. Gale*, No. EDCV 12-2184-GW JEM, 2014 WL 7381735, at *5 (C.D. Cal. Dec. 24, 2014). Plaintiff's Motion is, therefore, DENIED.

Dated: March 14, 2024

Hon. Karen S. Crawford
United States Magistrate Judge