UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES A. DANIELS,<br><br>              Plaintiff,<br><br>       vs.<br><br>A. MORENO, et al.,<br><br>              Defendants. | Case No.:  22-CV-1263-JO-KSC<br><br>**ORDER PROVIDING NOTICE TO PRO SE PRISONER OF REQUIREMENTS FOR OPPOSING SUMMARY JUDGMENT PURSUANT TO** ***KLINGELE / RAND*** |

**This notice is required to be given to Plaintiff pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (en banc) and *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988):**[1]

Defendants Lechuga and Moreno filed a Motion for Summary Judgment under Federal Rule of Civil Procedure 56. Doc. No. 66. Defendants' Motion for Summary Judgment will, if granted, end your case. Rule 56 tells you what you must do to oppose a Motion for Summary Judgment. Generally, summary judgment must be granted when there

---

[1] *Klingele* and *Rand* together require the district court "as a bare minimum," to ensure that a pro se prisoner has "fair notice of the requirements of the summary judgment rule." *Klingele*, 849 F.2d at 411 (quotations omitted); *Rand*, 154 F.3d at 962.

1

is no genuine dispute as to any material fact, that is to say, if there is no real dispute about any fact that would affect the result of your case. If no genuine dispute as to any material fact exists, the party who asked for summary judgment is entitled to judgment in its favor as a matter of law. When a party you are suing makes a motion for summary judgment that is properly supported by declarations (or other sworn testimony), you cannot simply rely on what your complaint says. Instead, you must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided by Rule 56(e), that contradict the facts shown in the defendants' declarations and documents and show that there is a genuine issue of material fact for trial. If you do not submit your own evidence in opposition, summary judgment, if appropriate, may be entered against you. If summary judgment is granted, your case will be dismissed and there will be no trial.

Accordingly, **IT IS ORDERED** that Defendants' Motion for Summary Judgment has been calendared for hearing on **May 23, 2025**. Your Opposition (including any supporting documents) must be filed with the Court and served on all parties by **May 9, 2025.** If you do not wish to oppose Defendants' Motion, you should file and serve a "Notice of Non-Opposition" by that same date to let both the Court and Defendants know that the Motion is unopposed. If you do file and serve an Opposition, Defendants must file and serve their Reply to that Opposition by **May 16, 2025**.

At the time appointed for hearing, the Court will, in its discretion, consider Defendants' Motion for Summary Judgment as submitted on the papers, and will issue its written order soon thereafter. *See* Civ. L.R. 7.1. Thus, unless otherwise ordered, no appearances are required on **May 23, 2025**, and no oral argument will be heard.

IT IS SO ORDERED.

Dated: April 23, 2025

Hon. Karen S. Crawford
United States Magistrate Judge